**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 00-25481-C-11 |
| SARBJIT SINGH THIARA, | Adversary No. 00-2394 |
| Debtor(s). | |
| SPYCHER BROTHERS, a California General Partnership, | |
| Plaintiff(s), | |
| v. | |
| SARBJIT S. THIARA, aka SARBJIT SINGH THIARA, | |
| Defendant(s). | |



FILED JUL 5 2001 UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA

ENTERED ON DOCKET JUL - 9 2001 CLERK, U.S. BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT**

This action came on for hearing before the court, the Honorable Christopher M. Klein presiding. The issues having been duly tried and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that plaintiff Spycher Brothers shall recover of defendant Sarbjit S. Thiara the sum of $402,499.78.

IT IS FURTHER ORDERED AND ADJUDGED that the entire amount of the judgment is declared excepted from discharge pursuant to 11 U.S.C. § 523(a)(6).

IT IS FURTHER ORDERED AND ADJUDGED that the portion of the aforesaid money judgment that represent funds advanced by plaintiff after May 1, 1999, is, in addition, excepted from discharge pursuant to 11 U.S.C. § 523(a)(2)(A).

1  IT IS FURTHER ORDERED AND ADJUDGED that plaintiff shall
2  recover costs of defendant.

4  Dated:  July 5, 2001.

_____
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Walter J. Schmidt
Crabtree, Schmidt, Zeff & Jacobs
P.O. Box 3307
Modesto, CA 95353

Bonnie J. Anderson
P.O. Box 3307
Modesto, CA 95353

Felderstein, Fitzgerald, Willoughby & Pascuzzi, LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814

Dated: 7-10-01

_____
DEPUTY CLERK

- 3 -