

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 00-25481-C-11 |
| SARBJIT SINGH THIARA, | Adversary No. 00-2394 |
| Debtor(s). | |
| SPYCHER BROTHERS, a California General Partnership,, | |
| Plaintiff(s), | |
| v. | |
| SARBJIT S. THIARA, aka SARBJIT SINGH THIARA, | |
| Defendant(s). | |



**JUDGMENT**

This action came on for hearing and post-remand hearing before the court, the Honorable Christopher M. Klein presiding.  The issues having been duly tried and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that Plaintiff Spycher Brothers shall recover of defendant Sarbjit S. Thiara the sum of $402,499.78.

IT IS FURTHER ORDERED AND ADJUDGED that the entire amount of the judgment is declared excepted from discharge pursuant to 11 U.S.C. § 523(a)(6).

IT IS FURTHER ORDERED AND ADJUDGED that the portion of the

102

aforesaid money judgment that represents funds advanced by plaintiff after May 1, 1999, is, in addition, excepted from discharge pursuant to 11 U.S.C. § 523(a)(2)(A).

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff shall recover costs of defendant.

Dated:    July 25, 2003.

UNITED STATES BANKRUPTCY JUDGE

## Certificate of Service

1    I certify that on  7·28·03        COPIES of the
     **SUPPLEMENTAL FINDINGS OF FACTS AND CONCLUSIONS OF LAW AND JUDGMENT**
2    were mailed to the following:

3
     Walter Schmidt
4    Crabtree, Schmidt, Zeff & Jacobs
     P.O. Box 3307
5    Modesto, CA 95353

6    Mark Steidlmayer
     Trezza, Ithurburn, Steidlmayer & Ithurburn
7    506 Second Street
     Yuba City, CA 95991

8

9

10                                 FOR THE COURT
                                   RICHARD G. HELTZEL
11                                 CLERK, U.S. BANKRUPTCY COURT

12

13

14

15                          By: _____
                                     Deputy Clerk
16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -