EJ-195

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| WALTER J. SCHMIDT, SBN 48630<br>CRABTREE  SCHMIDT<br>1100 - 14TH STREET, SUITE E<br><br>MODESTO, CA  95354 | (209) 522-5213 | |
| ATTORNEY FOR *(Name):*  JUDGMENT CREDITOR, SPYCHER BROTHERS | | |

| NAME OF COURT: | U.S. BANKRUPTCY COURT, EASTERN DISTRICT |
|---|---|
| STREET ADDRESS: | 501 I Street, Suite 3-200 |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | Sacramento, CA    95814 |
| BRANCH NAME: | EASTERN DIVISION |

PLAINTIFF: SPYCHER BROTHERS, a California General Partnership
DEFENDANT: SARBJIT S. THIARA, aka SARBJIT SINGH THIARA

| NOTICE OF RENEWAL OF JUDGMENT | CASE NUMBER:<br>0025481-C-11 |
|---|---|

ADVERSARY NO.: 00-2394

TO JUDGMENT DEBTOR *(name):*
SARBJIT S. THIARA, aka SARBJIT SINGH THIARA
c/o Mark Steidlmayer, Esq.
506 Second Street
Yuba City, CA    95991

1. **This renewal extends** the period of enforceability of the judgment until 10 years from the date the application for renewal was filed.

2. **If you object** to this renewal, you may make a motion to vacate or modify the renewal with this court.

3. You must make this motion within **30 days** after service of this notice on you.

4. A copy of the *Application for and Renewal of Judgment* is attached *(Cal. Rules of Court, rule 3.1900).*

Date: July 11, 2011

Clerk, by _____ , Deputy

Wayne Blackwelder



See CCP 683.160 for information on method of service

Page 1 of 1

Form Adopted for Mandatory Use<br>Judicial Council of California<br>EJ-195 [Rev. January 1,2007]

**NOTICE OF RENEWAL OF JUDGMENT**



Legal Solutions Plus

CCP 683.160