2000-02394
FILED
December 09, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003895129

Douglas B. Jacobs (SBN 84153)
Jacobs, Anderson, Potter & Chaplin
20 Independence Circle
Chico, California 95973
(530) 342-6144
(530) 342-6310 fax

Attorney for Plaintiff,
SPYCHER BROTHERS, a California General Partnership

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SARBJIT SINGH THIARA,<br><br>Debtor. | Case No.: 00-25481-C-11<br><br>Chapter 11<br><br>Adversary No.: 00-2394 |
| SPYCHER BROTHERS, a California General Partnership,<br>        Plaintiff(s),<br>vs.<br><br>SARBJIT S. THIARA aka SARBJIT SINGH THIARA,<br>        Debtor(s). | **CONSENT ORDER GRANTING SUBSITUTION OF ATTORNEY** |

    Notice is hereby given that, subject to approval by the court, SPYCHER BROTHERS, a California General Partnership, substitutes DOUGLAS B. JACOBS, State Bar No. 84153 of JACOBS, ANDERSON, POTTER & CHAPLIN, LLP, as counsel of record in place of WALTER J. SCHMIDT, State Bar No. 48630.

    Contact Information for new counsel is as follows:

Name:        DOUGLAS B. JACOBS, ESQ.

Address:      20 Independence Circle, Chico, CA 95973

-1-

RECEIVED
November 11, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003895129

Telephone: 530-342-6144     Facsimile: 530-342-6310
E-Mail: djacobs@japc-law.com

I consent to the following substitution.

SPYCHER BROTHERS, a
California General Partnership

Dated: 11-4-11

_____
Hartley Spycher

I consent to the following substitution.

Dated: 11/11/11

_____
DOUGLAS B. JACOBS, ESQ.

I consent to the following substitution.

Dated: Nov 9, 2011

_____
CRABTREE SCHMIDT
By: Walter J. Schmidt, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Dated: December 08, 2011

_____
United States Bankruptcy Judge

-2-

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY